IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. COREY LANDRY,<br>2. CHARLA LONG-LANDRY<br><br>Plaintiffs,<br><br>V.<br><br>1. STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | § § § § § § § § § § § § § | <br><br><br><br><br>CASE NO. CIV-14-0192-F<br><br><br><br><br>JURY DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs, Corey Landry and Charla Long-Landry, and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal With Prejudice because all matters in controversy have been resolved between the parties.

/s/ Michael D. McGrew
*(signed by filing attorney with permission)*
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES, P.C.
400 N. Walker, Suite 115
Oklahoma City, OK  73102
Telephone:   405/235-9909
Facsimile:    405/235-9929
Email:         mcgrewslaw@yahool.com
**ATTORNEYS FOR PLAINTIFFS**

AND

/s/ David V. Jones
David V. Jones, OBA #19611
JONES ANDREWS & ORTIZ
21 E. Main Street, Ste. 101
Oklahoma City, OK 73104
Telephone:  405/601-8713
Facsimile:  405/232-8330
Email:  dvj@jao-law.com
**ATTORNEY FOR DEFENDANT**